UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLE Y., | ) | No. EDCV 16-1889-JFW (AGR) |
|            Plaintiff, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
|   v. | ) | RECOMMENDATION OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| | ) | |
|            Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered reversing the decision of the Commissioner; and remanding the matter for further proceedings consistent with the report and recommendation.

DATED:  December 19, 2018  _____

JOHN F. WALTER
United States District Judge